AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rucker, Shelley D. | United States Bankruptcy Court, E.D. Tenn. | 05/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Historic U.S. Courthouse
31 E. 11th Street
Chattanooga, Tennessee 37402

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Girls Preparatory School (Salary) |
| 2. | 2018 | National Conference of Bankrupty Judges (Fees for Newsletter Layout Work) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 29-30, 2018 | San Antonio, TX | Attendance at annual meeting | Hotel and Airfare |
| 2. | MidSouth Commercial Law Institute | November 29-30, 2018 | Nashville, TN | Teaching at seminar | Hotel, Meals, Conference Registration |
| 3. | Federal Judicial Center/ National Conference of Bankruptcy Judges | March 13-16, 2018 | New Orleans, LA | Attendance at Program | Hotel, Meals and Mileage from FJC |
| 4. | Tennessee Bar Association | April 27-29, 2018 | Gatlinburg, TN | Teaching at annual bankruptcy forum | Hotel, Meals and Mileage from Tennessee Bar Association |
| 5. | Association of Insolvency and Restructuring Advisors | June 13-16, 2018 | Nashville, TN | Teaching and Attendance at annual meeting | Hotel and Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Rucker, Shelley D. | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rucker, Shelley D. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust Bank Accounts | A | Interest | M | T | | | | | |
| 2. Regions Bank Account (Y) | | | | | | | | | |
| 3. Fidelity Rollover IRA #1 | | | | | | | | | |
| 4. -Fidelity Freedom 2010 Fund (FFFCX)# | D | Dividend | M | T | | | | | |
| 5. -Fidelity Freedom 2030 Fund (FFFEX)# | D | Dividend | L | T | Sold (part) | 10/24/18 | L | D | |
| 6. | | | | | Buy (add'l) | 11/02/18 | K | | |
| 7. | | | | | Sold (part) | 11/21/18 | L | E | |
| 8. -Fidelity Freedome 2040 (FFFFX)# | D | Dividend | L | T | Buy (add'l) | 06/06/18 | K | | |
| 9. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 10. | | | | | Sold (part) | 11/21/18 | K | A | |
| 11. -Fidelity Freedom Select Medical Technology (FSMEX) | | None | K | T | Buy (add'l) | 06/06/18 | K | | |
| 12. | | | | | Sold (part) | 10/24/18 | K | C | |
| 13. -Apple Inc. Common Stock | B | Dividend | L | T | Sold (part) | 05/04/18 | K | E | |
| 14. | | | | | Sold (part) | 05/14/18 | K | E | |
| 15. | | | | | Buy (add'l) | 11/06/18 | K | | |
| 16. | | | | | Sold (part) | 11/23/18 | K | D | |
| 17. -Walt Disney Co. Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rucker, Shelley D. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Twenty-first Century Fox | A | Dividend | J | T | Buy | 06/15/18 | J | | |
| 19. -Fidelity Core money market account | B | Interest | N | T | Spinoff (from line 13) | 05/04/18 | K | | |
| 20. | | | | | Spinoff (from line 14) | 05/14/18 | K | | |
| 21. | | | | | Merged (with line 8) | 06/06/18 | K | | |
| 22. | | | | | Merged (with line 11) | 06/06/18 | K | | |
| 23. | | | | | Merged (with line 18) | 06/15/18 | J | | |
| 24. | | | | | Spinoff (from line 5) | 10/24/18 | L | | |
| 25. | | | | | Spinoff (from line 12) | 10/24/18 | K | | |
| 26. | | | | | Merged (with line 6) | 11/02/18 | K | | |
| 27. | | | | | Merged (with line 9) | 11/02/18 | J | | |
| 28. | | | | | Merged (with line 15) | 11/06/18 | K | | |
| 29. | | | | | Spinoff (from line 16) | 11/23/18 | K | | |
| 30. | | | | | Spinoff (from line 7) | 11/21/18 | L | | |
| 31. | | | | | Spinoff (from line 10) | 11/21/18 | K | | |
| 32. | | | | | Distributed (part) | 12/07/18 | L | | |
| 33. -Fidelity Roth IRA Core Account | A | Interest | J | T | Open | 12/07/18 | J | | |
| 34. Northwest Mutual Insurance Co. Whole Life Policy | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Massachusetts Mutual Whole Life Policy | A | Dividend | J | T | | | | | |
| 36. Girls Preparatory School 401(a) Plan TIAA CREF | | | | | | | | | |
| 37. -TIAA Traditional | A | Interest | | | Merged (with line 41) | 09/04/18 | K | | |
| 38. -CREF Growth R1 | | | | | Sold | 10/22/18 | J | | |
| 39. -CREF Money Market R1 | A | Interest | | | Spinoff (from line 38) | 10/22/18 | J | | |
| 40. | | | | | Distributed | 11/26/18 | J | | |
| 41. Payout Annuity -TIAA Traditional | | None | J | T | Buy | 09/04/18 | K | | |
| 42. Girls Preparatory School 403(b) Plan TIAA CREF - | | | | | | | | | |
| 43. -CREF Money Market Account R1 | A | Interest | | | Distributed | 11/26/18 | J | | |
| 44. | | | | | Spinoff (from line 47) | 10/22/18 | J | | |
| 45. -TIAA Traditional | A | Interest | | | Merged (with line 48) | 09/04/18 | J | | |
| 46. - CREF Growth R1 | | | | | Distributed (part) | 03/12/18 | K | | |
| 47. | | None | | | Sold | 10/22/18 | J | | |
| 48. -Payout Annuity TIAA Traditional | A | Interest | J | T | Buy | 09/04/18 | J | | |
| 49. Optum Health Savings Account | A | Interest | J | T | | | | | |
| 50. AXA Universal Life Insurance Policy | A | Int./Div. | J | T | | | | | |
| 51. Fidelity Rollover IRA #2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rucker, Shelley D. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Apple Inc. Common Stock | B | Dividend | M | T | Sold (part) | 01/18/18 | L | D | |
| 53. | | | | | Buy (add'l) | 01/29/18 | L | | |
| 54. | | | | | Buy (add'l) | 02/07/18 | K | | |
| 55. | | | | | Buy (add'l) | 04/05/18 | K | | |
| 56. | | | | | Sold | 05/03/18 | N | D | |
| 57. | | | | | Buy | 06/19/18 | L | | |
| 58. | | | | | Buy (add'l) | 11/05/18 | L | | |
| 59. -Sector SPDR TR SHS BEN INT Industrial | | | | | Sold | 01/18/18 | K | B | |
| 60. -Select Sector SPDR TR SHS BEN INT Materials | | | | | Sold | 01/18/18 | K | B | |
| 61. -Select Sector SPDR TR Consumer | | | | | Sold | 01/18/18 | K | B | |
| 62. Fidelity CORE Account - BNY Mellon Insured Deposit | A | Interest | K | T | Spinoff (from line 52) | 01/18/18 | L | | |
| 63. | | | | | Spinoff (from line 59) | 01/18/18 | K | | |
| 64. | | | | | Merged (with line 86) | 01/03/18 | J | | |
| 65. | | | | | Spinoff (from line 60) | 01/18/18 | K | | |
| 66. | | | | | Spinoff (from line 61) | 01/18/18 | K | | |
| 67. | | | | | Spinoff (from line 87) | 01/16/18 | J | | |
| 68. | | | | | Merged (with line 53) | 01/29/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rucker, Shelley D. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Merged (with line 84) | 01/23/18 | K | | |
| 70. | | | | | Spinoff (from line 85) | 02/06/18 | K | | |
| 71. | | | | | Merged (with line 54) | 02/05/18 | K | | |
| 72. | | | | | Spinoff (from line 46) | 03/19/18 | K | | |
| 73. | | | | | Merged (with line 55) | 04/05/18 | K | | |
| 74. | | | | | Spinoff (from line 56) | 05/03/18 | N | | |
| 75. | | | | | Merged (with line 88) | 06/04/18 | J | | |
| 76. | | | | | Merged (with line 89) | 06/04/18 | L | | |
| 77. | | | | | Merged (with line 90) | 06/05/18 | L | | |
| 78. | | | | | Merged (with line 57) | 06/19/18 | L | | |
| 79. | | | | | Spinoff (from line 91) | 11/05/18 | K | | |
| 80. | | | | | Merged (with line 58) | 11/05/18 | L | | |
| 81. | | | | | Merged (with line 92) | 07/18/18 | L | | |
| 82. | | | | | Spinoff (from line 40) | 12/03/18 | J | | |
| 83. | | | | | Spinoff (from line 43) | 12/03/18 | J | | |
| 84. APTIV PLC Common Stock | A | Dividend | | | Buy | 01/23/18 | K | | |
| 85. | | | | | Sold | 02/06/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rucker, Shelley D. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. United Technologies Common Stock | A | Int./Div. | | | Buy | 01/03/18 | J | | |
| 87. | | | | | Sold | 01/18/18 | J | A | |
| 88. Caesars Enterrainment Common Stock | A | Int./Div. | K | T | Buy | 06/04/18 | J | | |
| 89. | | | | | Buy (add'l) | 06/04/18 | L | | |
| 90. | | | | | Buy (add'l) | 06/05/18 | L | | |
| 91. | | | | | Sold (part) | 11/05/18 | K | | |
| 92. Netflix Common Stock | | None | K | T | Buy | 07/18/18 | L | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 2 Regions Account is below reportable level. No interest was earned.

Lines 3- 12 Fidelity statements regarding the 2010, 2030 and 2040 Funds and the Medical Technology Fund indicated that short term and long term gains were earned onthe accounts and were reinvested in units of those funds respectively. These gains are included in year end values. These transactions were part of the management of the fund and I have no futher details on what particular transaction within the funds produced the gains. The dividend and or interest income from these funds that was reflected on statements is shown in column B on lines 3-10.

Lines 34-35 Values are cash surrender values.

Lines 36-47 Statements for the Girls Preparatory School 401(A) DC Plan and 403(B) DC Plan do not reflect quarterly dividends earned by the investments composed of CREF Stock and CREF Growth Funds. No information regarding reinvestment of dividends is provided. Only the value of the asset based on the market value at that time is reflected on the quarterly statement. There is no information regarding reinvested dividends, or short or long terms gains reflected in the statements. Therefore, "none" is the response which is indicated in Column B. TIAA Traditional reflects only quarterly interest amounts which have been included in Column B.

Lines 39 and 43 Funds from CREF Money Market Accounts realated to 401(A) and 403(D) plans were rolled over into Fidelity IRA #2.

Line 46 Growth Stock was sold at a loss.

Lines 41 and 47 In both the 401(a) TIAA CREF Plan and 403(b) Plan, the annuity contracts in TIAA Traditional were converted to Payout Annuities invested in TIAA Traditional Funds and the first of 10 payments was distributed to participant. The remaining funds remain invested in TIAA Traditional.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Shelley D. Rucker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544